### White &[a] cont[a] Lemoigne

Thomas White, Samuel Ravenscroft, Christopher Goffe, Stiles Dradey, Edward Baily, Robert Gardner & severall other Englishmen who belonged unto the Ship Griffin & are concerned in severall prizes taken in the bay of Metansis under the Commissions of Cap[tn] Bernard Lemoign & Cap[tn] Peter Otto plaint[s] cont[a] Cap[tn] Bernard Lemoign a Frenchman Def[dt] in an action of the case for that the s[d] Lemoign hath broken covenant with the plaint[s] in not comming with his prizes to Nantasket or Boston and there shareing according to covenant but contrary thereunto in a perfidious & treacherous manner hath divided & shared one of s[d] prizes at Road Island, and not onely so but hath prosecuted the plaint[s] in Boston at a Court of Admiralty or Court of Assistants and hath obtained a decree against the plaint[s] which is to theire unsupportable loss and damage to the value of at least five thousand pounds w[th] other due damages. . . . The Iury . . . found for the plaint[s] five thousand pounds damage and costs of Court: The Defendant appealed from this Iudgement unto the next Court of Assistants and put in Security for prosecution of his Appeale to effect.

[There are more details in Records of the Court of Assistants, i. 129. Eventually the plaintiffs took it out on the person of Lemoign, as appears at the adjourned session of 6 February, 1678/79, p. 994, below.]

### White &[a] cont[a] Otto

Thomas White, Samuel Ravenscroft, Christopher Goffe, Stiles Dradey George Mathews and Rob[t] Gardner plaint[s] cont[a] Cap[tn] Peter Otto a Frenchman Defend[t] for that the s[d] Cap[t] Otto did in a most perfidious treacherous and injurious manner complaine of and prosecute them for Shareing and Selling the money and goods brought in the Ship Griffin and Ship Nassaw &c. . . . The Iury . . . found for the Defend[t] costs of Court. [561]